UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AHEAD, INC.<br><br>                Plaintiff,<br><br>v.<br><br>GOLF DESIGN U.S.A. AND JOHN TATE,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11839-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ahead, Inc., by its undersigned attorneys, hereby gives notice of the dismissal, without prejudice, of the above-referenced action.

Dated: January 5, 2006

                                                            Respectfully Submitted,

                                                            /s/ Jeremy A. Younkin
                                                        Vickie L. Henry (BBO# 632367)
                                                        Jeremy Younkin (BBO# 654047)
                                                        FOLEY HOAG LLP
                                                         155 Seaport Boulevard
                                                        Boston, MA  02210
                                                        (617) 832-1000

                                                         Attorneys for Ahead, Inc.